UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE A. GAYLE,<br><br>Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, LIBERTY MUTUAL GROUP INC., and LIBERTY MUTUAL HOLDING COMPANY, INC.,<br><br>Defendants. | No. 1:16-cv-01686-DAD-EPG<br><br>ORDER GRANTING STAY PENDING ARBITRATION PURSUANT TO STIPULATION<br><br>(Doc. No. 5) |

Before the court is a stipulation between the parties requesting a stay of this action pending arbitration pursuant to California Insurance Code § 11580.2 to determine plaintiff's rights to underinsured motorist benefits. (Doc. No. 5.) Having reviewed both the record and the parties' stipulation, the court finds good cause to enter a stay in this case.

Accordingly, all proceedings in this matter are stayed pending further notification from the parties' concerning the outcome of the arbitration. Any pending dates in this case, including the Initial Scheduling Conference currently set for January 19, 2017 at 10:00 a.m. before the assigned magistrate judge, are vacated. The parties shall file a joint status report every ninety (90) days advising the court of the status of the arbitration proceedings. Additionally, the parties will be required to advise the court that the arbitration has concluded within ten (10) days of that

1

occurring.  As agreed to by the parties, defendants shall have ten (10) days to respond to plaintiff's complaint, once notice of the resetting of an initial scheduling conference has been entered on the docket.

IT IS SO ORDERED.

Dated: __**November 30, 2016**__   _____
UNITED STATES DISTRICT JUDGE