Bradley L. Young SBN 127027
YOUNG WARD & LOTHERT
A Professional Law Corporation
995 Morning Star Drive, Suite C
Sonora CA 95370-5192
Telephone: (209) 536-2750
Fax: (209) 536-2752

Attorney for Plaintiff SUZANNE A. GAYLE

PAMELA E. COGAN (SBN 105089)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: pamela.cogan@rmkb.com

Attorneys for Defendants SAFECO INSURANCE COMPANY OF AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, and LIBERTY MUTUAL GROUP, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE A. GAYLE,<br><br>  Plaintiff,<br><br>  v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, LIBERTY MUTUAL INSURANCE COMPANY, LIBERTY MUTUAL GROUP, INC., LIBERTY MUTUAL HOLDING COMPANY, INC., and DOES 1 through 25, inclusive,<br><br>  Defendants. | Case No. 1:16-cv-01686-DAD-EPG<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>**ORDER DIRECTING CLERK TO CLOSE CASE**<br><br>**(ECF No. 12)** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Suzanne Gayle and Defendants Safeco Insurance Company of America, Liberty Mutual Insurance Company and Liberty Mutual Group, Inc., by and through their respective attorneys of record, to dismiss Plaintiff's complaint with prejudice as to all parties and claims, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear its own fees and costs.

**IT IS SO STIPULATED**.

All signatories to this Stipulation, and on whose behalf the filing is submitted, concur in the Stipulation's content and have authorized its filing.

Dated: October 12, 2017					ROPERS, MAJESKI, KOHN & BENTLEY

								By: */s/ Pamela E. Cogan*
								PAMELA E. COGAN
								Attorneys for Defendants
								SAFECO INSURANCE COMPANY OF
								AMERICA, LIBERTY MUTUAL
								INSURANCE COMPANY, and LIBERTY
								MUTUAL GROUP, INC.

Dated: October 12, 2017					YOUNG WARD & LOTHERT

								By: */s/ Bradley Young*
								BRADLEY YOUNG
								Attorneys for Plaintiff
								SUZANNE GAYLE

**ORDER**

On October 12, 2017, the parties filed a stipulation to dismiss this action with prejudice. (ECF No. 12.) All parties have agreed to the dismissal. *Id.* In light of the stipulation, the case has ended and is dismissed with prejudice and with fees and costs to be addressed pursuant to the parties' private agreement. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)."). Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **October 13, 2017**     /s/ Elvin P. Grosj

UNITED STATES MAGISTRATE JUDGE